**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO.: 1:22-CR-35-HAB |
| ) | |
| JACK MORROW ) | |

**SENTENCING SCHEDULING ORDER**
(Revised 4/1/2016)

Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendations issued on December 2, 2022, this matter is SCHEDULED for Sentencing on March 15, 2023, at 3:00 PM before Judge Holly A. Brady. Telephonic Sentencing Status Conference SCHEDULED for March 8, 2023, at 11:30 AM. The Court will initiate the call. The Parties are DIRECTED to advise the Probation Officer at the time they submit or respond to an objection to the Draft Presentence Investigation Report if they are requesting an evidentiary hearing with respect to the objection. In the event a hearing is requested, the parties are DIRECTED to include their position regarding the anticipated length of any evidentiary hearing and when the parties believe they will be prepared to proceed with the hearing. The Probation Officer is further DIRECTED to include such information in the Addendum. Parties are DIRECTED to file any motions related to sentencing either four (4) full business days after the Final Pre-Sentence Report has been submitted or two (2) full business days before the Telephonic Sentencing Status Conference, whichever occurs earlier. To the extent the parties elect to file a sentencing memorandum, such memorandum shall be filed seven (7) days prior to sentencing. **For any cases involving forfeiture:** By February 13, 2023, **the Government must file a Notice** advising as to the status of any forfeiture proceedings, including whether the Defendant agreed to forfeit the property at issue in a plea agreement, whether criminal forfeiture is still being sought as part of the sentence and judgment

or whether, instead, the Government is pursuing civil or administrative forfeiture; the date of any preliminary order of forfeiture; and the status of any third party claims to interest in the property.

| | |
|---|---|
| **Date of Plea or Verdict**: | November 18, 2022 |
| The **Proposed Pre-Sentence Report** Shall be Disclosed to Counsel no Later Than: | February 1, 2023 <br> (42 Days Before Sentencing) |
| **Counsel's Written Objections or Acknowledgment of No Objections** to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**. | |
| The **Pre-Sentence Report** Shall be Submitted to the Court and Disclosed to Counsel no Later Than: | March 1, 2023 <br> (14 Days Before Sentencing) |
| **Notice Advising of Forfeiture Status** to be Filed No Later Than: | February 13, 2023 <br> (30 Days Before Sentencing) |
| **Telephonic Sentencing Status Conference**: | March 8, 2023 at 11:30 AM |
| **Judgment and Sentencing Date**: | March 15, 2023 at 3:00 PM <br> (At Least 70 Days After Plea or Verdict) |

SO ORDERED on December 2, 2022.

s/ Holly A. Brady  
JUDGE HOLLY A. BRADY  
UNITED STATES DISTRICT COURT